

4242 MERRICK ROAD, MASSAPEQUA, NEW YORK 11758

NEIL H. GREENBERG, ESQ.

JUSTIN M. REILLY, ESQ.
KEITH E. WILLIAMS, ESQ.
VICTORIA SPAGNOLO, ESQ.

PARALEGALS

ROSA COLLINS
CATALINA ROMAN

*Initial conference adjourned to 2/21/23 at 10:45 am.  Proposed scheduling order to be submitted by 2/16/23.*

**Via: ECF**

SO ORDERED.

*Cathy Seibel*  1/17/23
CATHY SEIBEL, U.S.D.J.

**January 16, 2023**

Honorable Judge Cathy Seibel
United States District Judge
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

**Re:** *Ross, et al. v. Artisan Stone of NY LLC, et al.*; 22-cv-08974 (CS)

Dear Judge Seibel,

My office represents Plaintiffs in the above-referenced FLSA action. Pursuant to Your Honor's Individual Rules, kindly accept this joint letter motion requesting the Parties' deadline to complete mediation be extended up to and including February 16, 2023. The current deadline is January 17, 2023. This is the Parties' first such request.

The reason for this request is due to various scheduling conflicts between counsel (including an upcoming trial for Plaintiffs' counsel), the Parties, and the mediator. We have conferred with the mediator and the earliest we are able to proceed to mediation is on February 9, 2023.

The Parties also respectfully request an adjournment of the initial conference until, at least, February 20, 2023, so that Parties may first have an opportunity to complete mediation. The initial conference of this matter is currently scheduled on January 26, 2023, and this is the Parties' first such request.

**[Continued on Next Page]**

      Accordingly, we respectfully request a brief extension to complete mediation up to and including February 16, 2023, and a brief adjournment of the initial conference, to February 20, 2023 or sometime shortly thereafter

      Thank you for your time and attention to this matter.

Respectfully submitted,

Victoria Spagnolo, Esq.

cc: all counsel of record via ECF